**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| HEATH W. GRAY, | : | No. 2 WAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| | : | December 20, 2024, at No. 442 MD |
| v. | : | 2023. |
| | : | |
| | : | |
| | : | |
| DEPARTMENT OF STATE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED: OCTOBER 23, 2025**

AND NOW, this 23rd day of October, 2025, the order of the Commonwealth Court is **AFFIRMED**. The application to file post-submission communication is **DENIED**.